**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

           Plaintiff,

   v.

ITAI SHOFFMAN,

           Defendant.

---

No. 20 Civ. 5684

**JUDGMENT**

IT IS HEREBY ORDERED, ADJUDGED and DECREED as follows:

1. Plaintiff the United States of America (the "United States") shall have judgment against defendant Itai Shoffman ("Defendant") for unpaid federal income tax liabilities for tax years 2007 and 2008 in the total amount, including taxes, interest, penalties, fees, and statutory additions computed through and including July 21, 2020, of $201,659.73, plus any interest, penalties, and statutory additions accruing thereon from July 21, 2020, until the date of judgment, and interest from the date of judgment accruing as provided by law, up to the date that payment is made, and the United States shall have execution therefor.

2. The United States shall be permitted to file this judgment in any and all counties in which Defendant resides or owns any real or personal property, and such filing shall be a lien on such property.

3. After this judgment has been paid in full, the United States shall file with the clerk of the Court a satisfaction of judgment.

Dated: ~~New York~~ White Plains, New York
       February 12, 2021

SO ORDERED:

_____
HON. CATHY SEIBEL
UNITED STATES DISTRICT JUDGE